## People of the State of Illinois, Defendant in Error, v. James Crowley, Plaintiff in Error.

**Gen. No. 41,795.**

Heard in second division, first district, this court at June term, 1941; opinion filed December 30, 1941. Harold L. Levy, for plaintiff in error; Lawrence S. Jacobson and Grenville Beardsley, of counsel; Charles E. McGuire and Thomas J. Courtney, State's Attorney, for defendant in error; Charles E. McGuire, of counsel. Opinion by PRESIDING JUSTICE SCANLAN. ''Not to be published in full.''

## Edelman Bros., Inc., et al., Appellees, v. Charles Baikoff et al., Appellants.

**Gen. No. 41,507.**

Heard in second division, first district, this court at February term, 1941; opinion filed December 30, 1941; rehearing denied January 20, 1942. Simon Herr, for appellants Charles Baikoff and Paul Baikoff; Weissenbach, Hartman, Craig & Okin, for appellees; Harry Okin and Cecil Magid, of counsel. Opinion by JUSTICE FRIEND. ''Not to be published in full.''